**Dismiss and Opinion Filed November 17, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00551-CV

### LARRY ADAMS AND LYNN ADAMS, Appellants
### V.
### ARTURO LOPEZ, INGRID LOPEZ, BILL WIGGINS, JO ANN WIGGINS, DIETER WINKEL, RYAN WILCOX, AND KIM WILCOX, Appellees

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02031-2020**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Pedersen, III, and Evans
Opinion by Justice Partida-Kipness

Before the Court is appellants' motion requesting dismissal of the appeal.

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

200551F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LARRY ADAMS AND LYNN
ADAMS, Appellants

No. 05-20-00551-CV        V.

ARTURO LOPEZ, INGRID LOPEZ,
BILL WIGGINS, JO ANN
WIGGINS, DIETER WINKEL,
RYAN WILCOX, AND KIM
WILCOX, Appellees

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-02031-
2020.
Opinion delivered by Justice Partida-
Kipness, Justices Pedersen, III and
Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Arturo Lopez, Ingrid Lopez, Bill Wiggins, Jo Ann
Wiggins, Dieter Winkel, Ryan Wilcox, and Kim Wilcox recover their costs, if any,
of this appeal from appellants Larry Adams and Lynn Adams.

Judgment entered this 17th day of November, 2020.